IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**ARTUR MEREACRE,**

    Petitioner,

v.                                                                                               Civil Action No. **3:20CV922**

**WILLIAM BARR,** *et al.*,

    Respondents.

### MEMORANDUM OPINION

Petitioner, a federal detainee proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Memorandum Order entered on December 23, 2020, the Court directed Petitioner, within eleven (11) days of the date of entry thereof, to complete and return the standardized form for filing a § 2241 petition as required by Eastern District of Virginia Local Civil Rule 83.4(A). The Court warned that a failure to complete and return the form in a timely manner would result in dismissal of the action. *See* Fed. R. Civ. P. 41(b). More than eleven (11) days have elapsed and Petitioner has failed to complete and return the form. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ *[signature]*
John A. Gibney, Jr.
United States District Judge

Date: 16 February 2021
Richmond, Virginia